F. Christopher Austin, Esq. (SBN 6559)
caustin@weidemiller.com
R. Scott Weide, Esq. (SBN 5541)
sweide@weidemiller.com
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: 702-382-4804
Fax: 702-382-4805

Chris Yergensen, Esq. (SBN 6831)
cyergensen@blackwadhams.law
10777 West Twain Ave., 3rd Floor
Las Vegas, NV 89135
Tel: 702-869-8801
Fax: 702-869-2669

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YUYAO TANGHONG INTERNATIONAL TRADE CO., LTD., a Chinese corporate entity,<br><br>Plaintiff,<br><br>vs.<br><br>FOHSE, INC., a Nevada corporation,<br><br>Defendant. | Case No.:  2:23-cv-01789-APG-BNW<br><br>**STIPULATION AND ORDER TO WITHDRAW ENTRY OF DEFAULT [ECF 8] AND SET DEADLINE TO ANSWER COMPLAINT [ECF 1]** |

Plaintiff Yuyao Tanghong International Trade Co. Ltd. ("Yuyao") and Defendant FOHSE, Inc. ("FOHSE") by and through the undersigned counsel hereby stipulate to the entry of an order withdrawing the Court's entry of Default (ECF 8) in this matter and extending the deadline for FOHSE to answer the complaint (ECF 1) from December 19, 2023 to January 31, 2024, now that FOHSE has been able to secure as required to appear and respond in this matter. This is the first request to extend the deadline to answer the complaint.

The Parties make this stipulation in connection with FOHSE having recently secured Weide & Miller, Ltd., as counsel in this matter.  FOHSE represents that, as this is a patent

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-1706                                    1

infringement case concerning complex LED technology for which experienced patent prosecution and litigation counsel are required, FOHSE experienced difficulty securing such representation, in part due to the unavailability of such counsel just before and during the recent Thanksgiving and end-of-year holidays prior to the deadline to answer.  As such, FOHSE was unable to timely obtain counsel after service of the complaint prior to the deadline to respond to the same despite good faith efforts to do so.

Upon engaging Weide & Miller, Ltd., the undersigned counsel for FOHSE called counsel for Yuyao to inform them of counsel's representation and to seek a stipulation to the withdrawal of the motion for entry of default (ECF 7) and to set a deadline to respond to the complaint sufficient to provide recently retained counsel a reasonable amount of time to review the patent infringement complaint, consult with FOHSE and prepare a response in light of FOHSE counsel's other pre-existing litigation obligations and conflicts.  To that end, earlier today, the parties reached agreement on such a stipulation, setting the deadline for the answer for January 31, 2024. Unfortunately, before the stipulation could be drafted and approved by respective counsel, the Court clerk had entered the default (ECF 8) today, necessitating this stipulation to withdraw the same.

This request is not made for the purposes of delay or to prejudice either side, but rather for the purpose of providing counsel for FOHSE a reasonable amount of time to answer the complaint. The Parties respectfully submit that there is good cause for the requested stipulation, and FOHSE represents there is excusable neglect and good cause for extending the deadline to answer to the stipulated January 31, 2024, date.

NOW THEREFORE, the Parties hereby stipulate to the entry of an order setting aside the entry of Default (ECF 8), extending and setting a deadline for Defendant FOHSE to answer the Complaint (ECF 1) from December 19, 2023, to January 31, 2024.

DATED: January 17, 2024.

| BAYRAMOGLU LAW OFFICES LLC | WEIDE & MILLER, LTD |
|---|---|
| /s/ Nihat Deniz Bayramoglu | /s/ F. Christopher Austin |
| Nihat Deniz Bayramoglu. Esq. (SBN 14030) | F. Christopher Austin, Esq. (SBN 6559) |
| deniz@bayramoglu-legal.com | caustin@weidemiller.com |

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-1706

2

| | |
|---|---|
| Shawn Mangano, Esq (SBN 6730)<br>shawnmangano@bayramoglu-legal.com<br>Gokalp Bayramoglu (SBN 15500)<br>gokalp@bayramoglu-legal.com 1540 West Warm Springs Road, Suite 100<br>Henderson, NV 89014<br>Tele: 702-462-5973<br>Fax: 702-553-3404<br><br>*Attorneys for Plaintiff, Yayao Tanghong International Trade Co. Ltd.* | R. Scott Weide, Esq. (SBN 5541)<br>sweide@weidemiller.com<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>Tel: 702-382-4804<br>Fax: 702-382-4805<br><br>Chris Yergensen, Esq. (SBN 6831)<br>cyergensen@blackwadhams.law<br>10777 West Twain Ave., 3rd Floor<br>Las Vegas, NV 89135<br>Tel: 702-869-8801<br>Fax: 702-869-2669<br><br>*Attorneys for Defendant, FOHSE Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: January 18, 2024