1  F. Christopher Austin, Esq. (Nevada Bar No. 6559)
   caustin@weidemiller.com
2  R. Scott Weide, Esq. (Nevada Bar No. 5541)
   sweide@weidemiller.com
3  **WEIDE & MILLER, LTD.**
4  10655 Park Run Drive, Suite 100
   Las Vegas, NV 89144
5  Tel (702) 382-4804

6  Chris Yergensen (NVB 6831)
7  cyergensen@fohse.com
   **FOHSE, INC.**
8  6280 Annie Oakley Dr.
   Las Vegas, NV 891120
9  Tel: 888-364-7377

## UNTED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YUYAO TANGHONG INTERNATIONAL TRADE CO., LTD., a Chinese corporate entity,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FOHSE, INC., a Nevada corporation,<br><br>　　　　　　Defendant. | **Case No.:** 2:23-cv-01789-APG-BNW<br><br>**STIPULATION AND ORDER TO STAY PROCEDINGS IN FAVOR OF MEDIATION**<br><br>**(First Request)** |

Plaintiff Yuyao Tanghong International Trade Co., Ltd., and Defendant Fohse, Inc., (collectively, the "Parties") through their respective undersigned counsel, hereby stipulate to the entry of an order staying all proceedings in this action four months until November 15, 2024, to allow the Parties time to engage in mediation and settlement efforts. This request is brought in accordance with LR 6-1 and 6-2 as follows:

1. On June 25, 2024, the Court entered an order (Docket No. 30.) extending the scheduling order deadlines in this action (the "Nevada District Case") as follows:

- Exchange Proposed Terms of Construction: June 18, 2024
- Exchange Preliminary Claim Constructions and Extrinsic Evidence: July 2, 2024
- Submit Joint Claim Construction and Prehearing Statement: July 16, 2024

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-1799 Stip and Order to Stay                    1

1   - Opening Claim Construction Brief: August 6, 2024
2   - Response to Claim Construction Brief: August 27, 2024
3   - Reply Claim Construction Brief and Matter Submitted to Court for Hearing:
4     September 3, 2024
5   - Claim Construction Tutorials and Hearing: 60 days after the Reply brief is
6     filed
7   - Discovery cutoff: December 3, 2024
8   - Claim Construction Order: 60 days after the hearing
9   - Post-Claim Construction Settlement Conference: 30 days after Claim
10    Construction Order
11  - Disclosure of amended contentions: 30 days after Claim Contention Order
12  - Expert Designations: 60 days after Claim Construction Order
13  - Rebuttal Expert Designations: 30 days after Expert Designations
14  - Expert Discovery Cut-off: 30 days after Rebuttal Expert Designations
15  - Dispositive motions: 30 days after close of Expert Discovery

2. The aggressive discovery and motion practice in the Nevada District Case, on top of the existing challenges associated with the day-to-day operation of each Parties' respective businesses, has made it almost impossible for counsel or the Parties to engage in meaningful settlement talks or to focus on potential settlement options.

3. In light of the Parties' stipulation and agreement to stay the Nevada District Case, and in the interests of preserving the Parties' and judicial economy, the Parties request and stipulate to the Court's entry of an order in the Nevada District Case in substance as follows:

- All further proceedings, obligations, filings, hearings and deadlines in the Nevada Case are hereby stayed for a period of four months until November 15, 2024;
- The Parties shall submit a joint status report on or before the November 15, 2024, providing the Court with (i) the status of any settlement or mediation efforts and whether the stay should be continued and, if so, for how long, and

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-1799 Stip and Order to Stay      2

(ii) if the stay is to be lifted, a proposed joint scheduling order.

The parties submit that there is good cause for the requested stay in favor of good faith mediation and settlement efforts. This is a complex and costly patent infringement matter in which subject matter experts are required to be retained to assist the court and the factfinder with the technology at issue and the relevant claims of the patents-in suit. The parties believe that now that they have disclosed their respective claim, validity, invalidity and nonenforceability contentions and exchanged respective claim constructions regarding the scope of the claims at issue, the matter is ripe for settlement discussions.

Further, the parties believe that such efforts would be furthered by an independent neutral mediator in a formal mediation process. Because of the complexity of the matter, a skilled neutral with expertise both in patent infringement and preferably the subject matter is desirable. The parties reasonably believe four months will be required to identify an agreeable mediator and engage in mediation in good faith, Absent the requested stay of the present action, the parties' attention and focus will be divided inhibiting settlement and delaying mediation. Accordingly, the parties submit there is good cause and good reason for the requested four-month stay in favor of formal mediation.

DATED this 11 day of July 2024.

Respectfully Submitted,

**BAYRAMOGLU LAW OFFICES LLC**

By /s/ *Nihat Deniz Bayramoglu*
Nihat Deniz Bayramoglu (NVB 14030)
deniz@bayramoglu-legal.com
Gokalp Bayramoglu (NVB 15500)
gokalp@bayramoglu-legal.com
Shawn A. Mangano (NVB 6730)
Shawnmangano@bayramoglu-legal.com
1540 W. Warm Springs Rd., Ste 100

**WEIDE & MILLER, LTD.**

By /s/ *F. Christopher Austin*
F. CHRISTOPHER AUSTIN
10655 Park Run Dr, Suite 100
Las Vegas, Nevada 89144
R. Scott Weide, Esq. (NVB 5541)
sweide@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel (702) 382-4804

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-1799 Stip and Order to Stay          3

| | |
|---|---|
| Henderson, NV 89014<br>Tel: 702-462-5973<br>Fax: 702-553-3404<br>*Attorneys for Plaintiff YUYAO*<br>*TANGHONG INTERNATIONAL*<br>*TRADE*<br>*CO., LTD.* | Chris Yergensen (NVB 6831)<br>cyergensen@fohse.com<br>**FOHSE, INC.**<br>6280 Annie Oakley Dr.<br>Las Vegas, NV 891120<br>Tel: 888-364-7377<br>*Attorneys for Defendant, FOHSE Inc.* |

IT IS SO ORDERED:

_____
DISTRICT COURT JUDGE

DATED: July 15, 2024

fca-1799 Stip and Order to Stay                    4

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804