Hao Ni, Esq.
Texas Bar No. 24047205
Will comply with LR IA 11-2 within 14 days
NI, WANG & MASSAND PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231
Telephone: (972) 331-4600

*Attorneys for Plaintiff*
*Yuyao Tanghong International Trade Co., Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| YUYAO TANGHONG INTERNATIONAL TRADE CO., LTD., a Chinese corporate entity,<br><br>Plaintiff,<br><br>vs.<br><br>FOHSE, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:23-cv-01789-APG-BNW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT the law firm Ni, Wang & Massand PLLC and its attorney Hao Ni, Esq. hereby enter their appearance on behalf of Plaintiff Yuyao Tanghong International Trade Co., Ltd.

Dated: this 21st day of April 2024.

                                            Respectfully submitted,

                                            NI, WANG & MASSAND PLLC

                                            By: /s/ Hao Ni
                                            Hao Ni, Esq.
                                            Texas Bar No. 24047205
                                            Will comply with LR IA 11-2 within 14 days
                                            8140 Walnut Hill Lane, Suite 615
                                            Dallas, TX 75231
                                            Telephone: (972) 331-4600

                                            *Attorneys for Plaintiff*
                                            *Yuyao Tanghong International Trade Co., Ltd.*

4896-2601-3621, v. 1