**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YUYAO TANGHONG INTERNATIONAL TRADE CO., LTD., <br><br> Plaintiff <br><br> v. <br><br> FOHSE, INC., <br><br> Defendant | Case No.: 2:23-cv-01789-APG-BNW <br><br> **Order Setting Status Hearing** |

    I will conduct a status hearing via Zoom on **Thursday May 15, 2025 at 2:30 p.m**. The parties should be prepared to discuss the details of the July 16, 2025 claim construction hearing and the scheduling of a tutorial prior to that hearing. My courtroom administrator will circulate the dial-in information to counsel.

    DATED this 9th day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE