1   Jonathan W. Fountain, Esq.
    Nevada Bar No. 10351
2   Joanna M. Myers, Esq.
    Nevada Bar No. 12048
3   HOWARD & HOWARD ATTORNEYS PLLC
    3800 Howard Hughes Parkway, Suite 1000
4   Las Vegas, Nevada 89169
    Telephone: (702) 257-1483
5   Email: jwf@h2law.com
    Email: jmm@h2law.com
6
    Hao Ni, Esq.
7   NI, WANG & MASSAND PLLC
    8140 Walnut Hill Lane, Suite 615
8   Dallas, TX 75231
    Telephone: (972) 331-4600
9   Email: hni@nilawfirm.com

10  *Attorneys for Plaintiff/Counterclaimant*
    *Yuyao Tanghong International Trade Co., Ltd.*

11
                  **UNITED STATES DISTRICT COURT**
12                     **DISTRICT OF NEVADA**

13  YUYAO TANGHONG INTERNATIONAL
    TRADE CO., LTD., a Chinese corporate
14  entity,                                      Case No.: 2:23-cv-01789-APG-BNW

15            Plaintiff/Counterdefendant,     **STIPULATION AND ORDER TO AMEND**
                                              **DISCOVERY SCHEDULING ORDER**
16  vs.
                                                      **(Fourth Request)**
17  FOHSE, INC., a Nevada corporation,

18            Defendant/Counterclaimant.

19        Plaintiff/Counterdefendant Yuyao Tanghong International Trade Co., Ltd. ("Plaintiff") and

20  Defendant/Counterclaimant Fohse, Inc. ("Defendant") (collectively, the "Parties") , hereby

21  stipulate and respectfully seek the Court's permission to amend the Discovery Plan and Scheduling

22  Order (ECF No. 48) to account for the withdrawal of prior counsel and the appearance of new

23  counsel for Plaintiff (ECF Nos. 57 & 59) such that the present fact discovery deadline will be

24  extended from July 14, 2025 to October 15, 2025, and all remaining deadlines shall be amended to

25  conform to the deadlines of the Local Patent Rules as shown in LPR 1-22 and as set forth herein.

26  Pursuant to Local Rule 26-3, the Parties provide the following information.

27  **A.      A statement specifying the discovery completed.**

28        This is a complex patent infringement case regarding allegations of infringement of

                                            - 1 -

4919-2382-7271, v. 1

patents for commercial LED lighting fixtures used the horticulture industry between international competitors with witnesses residing or frequently travelling to and from China and several states.

In addition to the discovery set forth in the June 25, 2024, Order (ECF No. 30) specifying the discovery completed as of that order, the Parties have engaged in the following additional discovery:

- The Parties have exchanged Preliminary Claim Constructions and Extrinsic Evidence pursuant to LPR 1-14.

**B.      A specific description of the discovery that remains to be completed.**  The following discovery remains to be completed by the Parties:

- Defendant is preparing supplemental responses to Plaintiff's discovery requests covered by the Protective Order (ECF No. 24).
- The Court may hold a Claim Construction Hearing and issue an Order within 60 days thereafter pursuant to LPR 1-17.
- The Parties may thereafter amend their contentions pursuant to LPR 1-18a.
- Defendant expects to make a further document production in response to Plaintiff's requests under the entered Protective Order.
- The Parties intend to take depositions of respective party representatives, officers, etc., and the inventors of the patent-in-suit prior to the close of fact discovery.
- The Parties will propound requests for responses to interrogatories, admissions and documents within the remaining fact discovery period.
- The Parties will produce affirmative and rebuttal expert designations and reports after the entry by the Court of a claim construction order.
- The Parties may thereafter take depositions of their respective experts.

**C.      The reasons why the deadline was not satisfied, or the remaining discovery was not completed within the time limits set by the discovery plan**.

On March 13, 2025, prior counsel for Plaintiff filed their Motion to Withdraw (ECF No. 51.)  The Court held a hearing on the Motion on March 19, 2025 and granted the Motion to Withdraw on March 19, 2025.  (ECF No. 53.)  Plaintiff's current lead counsel appeared in this case

HOWARD & HOWARD ATTORNEYS PLLC

4919-2382-7271, v. 1

on April 21, 2025.  (ECF No. 57.)

**D.    A proposed schedule for completing all remaining discovery.**

The Parties propose conforming the remaining discovery in this case to that shown in LPR 1-22 as set forth in the following "Fourth Amended Discovery Schedule." The dates in brackets identify contingent deadlines pursuant to the time provided by the respective Local Patent Rule, and the "Count" sets forth the cumulative number of days from the initial scheduling conference provided by the Local Patent Rules in support of extended discovery deadlines.

**FOURTH AMENDED DISCOVERY SCHEDULE**

|   | Description | Proposed Date | Previous Date | Count[1] |
|---|---|---|---|---|
| 2 | Opening Claim Construction Brief (LPR 1-16) | **June 19, 2025** (21 days after LPR1-15 submission) | **March 28, 2025** | 35 |
| 3 | Response to Claim Construction Brief (LPR 1-16) | **July 10, 2025** (21 days after Opening Brief) | **April 18, 2025** | 56 |
| 4 | Reply Claim Construction Brief and Matter Submitted to Court for Hearing (LPR 1-16) | **July 17, 2025** (7 days after Response Brief) | **April 25, 2025** | 63 |
| 5 | Claim Construction Tutorials and Hearing (LPR 1-17) | **Sept. 18, 2025 @ 9:00am** (within 60 days after the Reply brief is filed, the court should complete its hearing) | _____,2025 [06/24/25] | 123 |
| 6 | Fact Discovery Cut-off | **October 15, 2025** | **July 24, 2025**. | 153 |
| 7 | Claim Construction Order (LPR 1- 17) | _____,2025 [11/17/25] (should issue within 60 days after the hearing) | _____,2025 [08/25/25] | 183 |
| 8 | Post-Claim Construction Settlement Conference (LPR 1-19) | _____,2025 [12/18/2025] (30 days after Claim Construction Order) | _____,2025 [09/24/25] | 214 |

[1] Total number of days after the Court's May 15th 2025 status conference.

HOWARD & HOWARD ATTORNEYS PLLC

4919-2382-7271, v. 1

| | | | | |
|---|---|---|---|---|
| 9 | Disclosure of amended contentions under LPR 1-18a and opinion of counsel for defense under LPR 1- 18b | _____, 2025 [12/18/2025] (30 days after Claim Construction Order) | _____,2025 [09/24/25] | 214 |
| 10 | Expert Designations | _____,2025 [01/17/26] (60 days after Claim Construction Order) | _____,2025 [10/24/25] | 244 |
| 11 | Rebuttal Expert Designations | _____,2025 [02/16/26] (30 days after Expert Designations) | _____,2025 [11/24/25] | 274 |
| 12 | Expert Discovery Cut-off | _____,2025 [03/19/26] (30 days after Rebuttal Expert Designations) | _____,2025 [12/24/25] | 305 |
| 13 | Dispositive Motion Deadline | _____,2026. [04/18/26] (30 days after close of Expert Discovery) | _____,2025 [01/23/26] | 335 |

The Parties respectfully submit that good cause exists to amend the applicable Discovery Scheduling Order (ECF No. 48) as set forth in the above Fourth Amended Discovery Schedule for the reasons set forth herein above.

WHEREFORE, the Parties hereby respectfully request that the Court enter an order amending the Discovery Scheduling Order (ECF No. 48) in accordance with the Fourth Amended Discovery Schedule set forth herein.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC          LEX TECNICA LTD.

By: __/s/ Jonathan W. Fountain_____          By: __/s/ F. Christopher Austin_____
Jonathan W. Fountain, Esq.                                    F. Christopher Austin, Esq.
Nevada Bar No. 10351                                          Nevada Bar No. 6559
Joanna M. Myers, Esq.                                          10161 Park Run Drive, Suite 150
Nevada Bar No. 12048                                          Las Vegas, NV 89145
3800 Howard Hughes Parkway, Suite 1000          Telephone: (702) 610-9094

4919-2382-7271, v. 1

Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com

NI, WANG & MASSAND PLLC
Hao Ni, Esq.
Admitted *pro hac vice*
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231
Telephone: (972) 331-4600
Email: hni@nilawfirm.com

*Attorneys for Plaintiff/Counterdefendant*
*Yuyao Tanghong International Trade Co., Ltd.*

Email: chris@lextecnica.com

Henry Jared Doster, Esq.
Admitted *pro hac vice*
97 West Oak Avenue, Suite 300
Panama City, FL 32401
Telephone: (850) 319-4248
Email: jared@lextecnica.com

SNELL & WILMER
R. Scott Weide, Esq.
Nevada Bar No. 5541
1700 S. Pavillion Center Drive, Suite 700
Las Vegas, NV 89144
Telephone: (702) 382-4804
Email: sweide@swlaw.com

*Attorneys for Defendant/Counterclaimant*
*Fohse, Inc.*

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: June 2, 2025
_____

- 5 -

4919-2382-7271, v. 1