**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
H. JARED DOSTER, ESQ.
Nevada Bar No. 17067
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
jared@lextecnica.com

R. SCOTT WEIDE, ESQ.
Nevada Bar No. 5541
**SNELL & WILMER LLP**
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NevadaV 89135
Telephone: (702) 784-53390
Email: Sweide@swlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YUYAO TANGHONG INTERNATIONAL TRADE CO., LTD., a Chinese corporate entity,<br><br>Plaintiff,<br><br>vs.<br><br>FOHSE, INC., a Nevada corporation,<br><br>Defendant. | Case No.:   2:23-cv-01789-APG-BNW<br><br>**STIPULATION AND DISMISSAL WITH PREJUDICE** |

The Parties, having reached a private, confidential settlement agreement, hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

The Parties further stipulate that this Court shall retain jurisdiction to enforce the terms of the settlement agreement.

DATED: September 8, 2025.

/s/ *F. Christopher Austin*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
**LEX TECNICA LTD**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

R. Scott Weide, Esq.
Nevada Bar No. 5541
**SNELL & WILMER LLP**
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NevadaV 89135
Telephone: (702) 784-53390
Email: Sweide@swlaw.com
*Attorneys for Defendant*

/s/ *Jonathan W. Fountain*
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
Joanna M. Myers, Esq.
Nevada Bar No. 12048
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: jmm@h2law.com

Hao Ni, Esq.
**NI, WANG & MASSAND PLLC**
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231
Telephone: (972) 331-4600
Email: hni@nilawfirm.com
*Attorneys for Plaintiff Yuyao Tanghong International Trade Co., Ltd.*

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 10, 2025